# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DORIS DEPUTY,**

    Plaintiff,

    V.        CASE NUMBER: **02-C-718**

**LEHMAN BROTHERS, INC.,**
**S.G. COWEN SECURITIES CORPORATION,**
**COWEN & COMPANY,**
**HAMBRECHT & QUIST, INC., and**
**J.P. MORGAN CHASE & CO.,**

    Defendants.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED **that plaintiff's Rule 50(b) Motion for Judgment as a Matter of Law is DENIED.**

**Defendant Lehman Brothers Inc.'s Motion for a New Trial is DISMISSED as moot.**

**Plaintiff shall proceed to arbitration on her claims against defendant Lehman Brothers, Inc. in accordance with the terms of the April 26, 2001 Client Agreement entered into by the parties.**

**The motion of defendants S.G. Cowen Securities Corporation, Cowen & Company, Hambrecht & Quist, Inc., and J.P. Morgan Chase & Co to compel arbitration is GRANTED.**

**This action is hereby DISMISSED WITH PREJUDICE.**

| | |
|---|---|
|  **June 16, 2005** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |